UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JOVAN RENDON-REYES,<br>    also known as "Jovani,"<br>SAUL RENDON-REYES,<br>    also known as "Satanico,"<br>GUILLERMINA RENDON-REYES,<br>FRANCISCO RENDON-REYES,<br>    also known as "Pancho,"<br>JOSE RENDON-GARCIA,<br>    also known as "Gusano,"<br>FELIX ROJAS,<br>ODILON MARTINEZ-ROJAS,<br>    also known as "Chino" and "Saul," and<br>SEVERIANO MARTINEZ-ROJAS,<br>    also known as "Negro," "Gato," and<br>    "Arturo,"<br><br>            Defendants. | STIPULATION & ORDER<br><br>15-CR-348 (ERK) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys and the defendants SAUL RENDON-REYES, FRANCISCO RENDON-REYES and ODILON MARTINEZ-ROJAS, and ORDERED by the Court, pursuant to Federal Rule of Criminal Procedure 16(d), that:

1. Any and all discovery material identifying, or tending to identify, in any manner, any alleged victim of sex trafficking about whom the government will produce

1

discovery (the "Victim Discovery Material")[1] to the defendants and defense counsel in the above-captioned case, and any and all copies, notes, transcripts, documents or other information derived or prepared from such discovery material, may be used by the defendants and defense counsel only for purposes of preparing and defending the case, including but not limited to trial, any sentencing, any appeal and any collateral attack, involving the charges in the above-captioned case;

2. Any and all Victim Discovery Material produced to the defendants and defense counsel by the government and any copies, notes, transcripts, documents or other information derived or prepared from such material shall not be further disseminated by the defendants or defense counsel to any individuals, organizations or other entities (other than legal staff of the defense counsel) unless they have been provided a copy of and signed this Stipulation and Order, without further Order of the Court;

3. Where any of the defendants and/or defense counsel wishes to disclose any portion of the Victim Discovery Material or any copies, notes, transcripts, documents or other information derived or prepared from the discovery material to any individual other than a member of the legal staff (which includes defense investigators, project analysts, paralegals and IT staff of defense counsel), defense counsel must redact any identifying information from the document, namely, name, address, date of birth, any photograph or visual depiction, and Social Security number, or if defense counsel does not wish to redact the document, must make an application to the Court for authorization to make such disclosure, and either

---

[1] Victim Discovery Material shall be identified as such by the government in its correspondence transmitting the material to defense counsel and shall be further identified by labels bearing the prefix "VDM."

(i) notify the government sufficiently in advance of the contemplated disclosure to permit briefing and argument on the propriety of such disclosure; or (ii) inform the Court in writing why it should decide the application ex parte without notice to the government;

        4.       The defendants are prohibited from taking any Victim Discovery Material, or copies thereof, into any jail facility, or possessing such material or copies in any such facility, except when reviewing the material in the presence of his or her defense counsel or a member of the legal staff;

        5.       Nothing in this Stipulation and Order shall preclude the government from seeking a further protective order pursuant to Rule 16(d) as to particular items of discovery material, nor shall it preclude the defendants or defense counsel from seeking modification of the Stipulation and Order;

        6.       If any of the defendants obtains substitute counsel or elects to represent himself or herself *pro se*, the undersigned defense counsel will not transfer any portion of the Victim Discovery Material or any copies, notes, transcripts, documents or other information derived or prepared from such discovery material unless and until substitute counsel or the *pro se* defendant enters into this Stipulation and Order or obtains an Order from the Court exempting counsel or the *pro se* defendant from, or modifying, the provisions of the Stipulation and Order;

        7.       The defendants and defense counsel will destroy or return to the government the Victim Discovery Material and all copies thereof, whether in the possession of the defendants or defense counsel (or his or her legal staff) who has signed this Stipulation and Order, at the conclusion of the trial if the defendants are acquitted on all counts or, in the case

of convictions either at trial or by guilty plea, upon completion of any sentencing, appeal or collateral attack on the convictions made by the defendants in this matter, with the exception that each defense counsel may retain one copy set for its records provided the defendants are not given access to that copy set; and

        8.      Any violation of this Stipulation and Order, as determined by the Court will require, in addition to any other sanction deemed appropriate by the Court, the immediate



destruction of or return to the United States of the Victim Discovery Material and all copies thereof.

Dated: Brooklyn, New York
~~December ___, 2015~~
*January 4, 2016*

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By: _____
Taryn A. Merkl
Margaret E. Lee
Assistant U.S. Attorneys

*Lloyd Epstein*
_____
Lloyd Epstein, Esq.
Attorney for the Defendant
Saul Rendon-Reyes

_____
Len H. Kamdang, Esq.
Attorney for the Defendant
Francisco Rendon-Reyes

_____
Richard H. Rosenberg, Esq.
Attorney for the Defendant
Odilon Martinez-Rojas

Submitted to the Court
this ____ day of December 2015.

SO ORDERED.

_____
THE HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

5

destruction of or return to the United States of the Victim Discovery Material and all copies thereof.

Dated:    Brooklyn, New York
           December ___, 2015

                                   ROBERT L. CAPERS
                                   United States Attorney
                                   Eastern District of New York

                        By:    _____
                                Taryn A. Merkl
                                Margaret E. Lee
                                Assistant U.S. Attorneys


                                 _____
                                 Lloyd Epstein, Esq.
                                 Attorney for the Defendant
                                 Saul Rendon-Reyes

                                 /s/ Len H. Kamdang
                                 Len H. Kamdang, Esq.
                                 Attorney for the Defendant
                                 Francisco Rendon-Reyes


                                 _____
                                 Richard H. Rosenberg, Esq.
                                 Attorney for the Defendant
                                 Odilon Martinez-Rojas


Submitted to the Court
this ___ day of December 2015.

SO ORDERED.


_____
THE HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

5

destruction of or return to the United States of the Victim Discovery Material and all copies thereof.

Dated:    Brooklyn, New York
December 18, 2015

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By: _____
Taryn A. Merkl
Margaret E. Lee
Assistant U.S. Attorneys


_____
Lloyd Epstein, Esq.
Attorney for the Defendant
Saul Rendon-Reyes


_____
Len H. Kamdang, Esq.
Attorney for the Defendant
Francisco Rendon-Reyes

_____
Richard H. Rosenberg, Esq.
Attorney for the Defendant
Odilon Martinez-Rojas


Submitted to the Court
this ____ day of December 2015.

SO ORDERED.


_____
THE HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

5